UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
STEFAN WIKALINSKI,

                Plaintiff,

        - against -

AMERICAN BUILDING MAINTENANCE,

                Defendant.
----------------------------------------------------------X

**ORDER**

08 CV 4667 (RJD) (LB)

DEARIE, Chief Judge.

On February 26, 2009, Magistrate Judge Lois Bloom recommended that the Court dismiss plaintiff's claim for his repeated failure to appear at scheduled Court conferences, in direct violation of the Court's orders. Furthermore, defendant has failed to contact the Court or defendant's counsel, or otherwise participate in the action he commenced. Objections to this Report & Recommendation were due on March 16, 2009. No objections have been filed.

The Court therefore adopts Magistrate Judge Bloom's Report & Recommendation in its entirety.

SO ORDERED.

Dated: Brooklyn, New York
       April 24, 2009

                                          s/ Judge Raymond J. Dearie

                                          RAYMOND J. DEARIE
                                          United States District Judge